UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL CONSTANTINE PEARCE, | Case No. CV 17-8092 JLS(JC) |
| Plaintiff, | JUDGMENT |
| v. | |
| LA COUNTY JAIL PEACE OFFICER/ CORRECTION OFFICER, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS ADJUDGED that this action is dismissed due to plaintiff's failure to state a claim upon which relief can be granted, his failure to comply with the March 22, 2018 Order Dismissing Complaint with Leave to Amend, with the extended deadline afforded by the April 12, 2018 and May 15, 2018 Orders, and his failure diligently to prosecute.

IT IS SO ADJUDGED.

DATED: July 5, 2018

_____

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE